# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

***Conciliation Conference:***

| | |
|---|---|
| **Debtor:** | MICHELE L. RUPERTO |
| **Case Number:** | 15-24365-GLT    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 20, 2016 10:30 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
10/24/16 3:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ardon*Matter:***

#35 - Continued Trustee's Certificate of Default to Dismiss
#32 - Cont' Chapter 13 Trustees Oral Motion to Dismiss
#47 - Response filed by the Debtor with POP
R / M #: 35 / 0

**ardon*Appearances:***

Debtor:
Trustee: Winnecour / Bedford / Pail / Katz   *Wright* (circled: Pail)

Creditor:

**ardon*Proceedings:***

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to  12/8/16  at  10:00 .
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____ .
    A hearing on the Amended Plan is set for _____ at _____ .
9. _____ Contested Hearing: _____ at _____ .
10. _____ Other:

*new job*