# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** MICHELE L. RUPERTO
- **Case Number:** 15-24365-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, DECEMBER 08, 2016 10:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**Matter:**

#35 - Continued Trustee's Certificate of Default to Dismiss
#32 Continued Chapter 13 Trustee's Oral Motion to Dismiss
R / M #: 35 / 0

**Appearances:**

- Debtor: Wright
- Trustee: Winnecour / Bedford / Pail / Katz
- Creditor: Wambrodt for BNY Mellon (Ditech)

*Handwritten notes:* Debtor left job with funeral home. Now employed by Penn Hills school Dist (Cafeteria). Still no tax returns provided.

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 12/21/16 at 9:00 Am.
10. ✓ Other:

As the result of indicated payment or other defaults, Plan is contested on **feasibility** or **good faith** grounds. Trustee **also requests that the case be dismissed** because of defaults.

*Handwritten:* Fourth Conciliation. Arrears 11,340 in arrears thru November. No payments since July.

*Stamp:* RECEIVED 2016 DEC -8 P 3:58 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

11/29/2016 11:47:17AM