**FILED**

**DEC 21 2016**

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>MICHELE L. RUPERTO<br><br>Debtor(s)<br>Ronda J. Winnecour, Trustee<br>Movant<br>vs.<br>MICHELE L. RUPERTO<br><br>Respondent(s) | Case No. 15-24365GLT<br>Chapter 13<br><br>Related to Document No. 35 |

## ORDER

AND NOW, this 21st day of December, 20 16, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is **ORDERED, ADJUDGED and DECREED:**

☐    This case is **DISMISSED**, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

  This case is **DISMISSED**, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is **FURTHER ORDERED** as follows:

A.   Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.   This case is administratively closed. However, Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

C.  The Clerk shall give notice to all creditors of this dismissal.

D.  Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

E.  The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

(1)  the time deadline provided by state law; or

(2)  30 days after the date of this notice.

☐  This case is not dismissed. The plan term is extended to a total of ___ months; the monthly plan payment amount is changed to $_____ effective_____ .

☐  This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed ____ with / ____ without prejudice, without further notice or hearing.

☐  Other: _____
_____
_____
_____
_____
_____

BY THE COURT:

Dated : 12/21/2016

United States Bankruptcy Judge

Page 2 of 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Michele L. Ruperto  
    Debtor  

Case No. 15-24365-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: amaz | Page 1 of 2 | Date Rcvd: Dec 21, 2016 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 18 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2016.

```
db              +Michele L. Ruperto,    267 Hillary Drive,    Verona, PA 15147-2807
14144952       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,    PO Box 85520,    Richmond, VA 23285-5075)
14144956        First Premier Bank,    P.O. Box 5524,    Sioux Falls, SD 57117-5524
14144957       +HSBC Mortgage Service,    636 Grand Regency Boulevard,    Brandon, FL 33510-3942
14144958       +Jeffrey Ruperto,    267 Hillary Drive,    Verona, PA 15147-2807
14167279       +Municipality of Penn Hills,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
14144959        NCO Financial Systems/55,    P.O. Box 13570,    Philadelphia, PA 19101
14180644       +Porania LLC,    c/o Biltmore Asset Management,    24500 Center Ridge Rd Ste 472,
                 Westlake, OH 44145-5605
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr              +E-mail/Text: bankruptcy.bnc@ditech.com Dec 22 2016 02:09:47     Ditech Financial LLC,
                 PO Box 0049,    Palatine, IL 60055-0001
14144953       +E-mail/Text: bankruptcy@cavps.com Dec 22 2016 02:10:34      Cavalry Portfolio,
                 500 Summit Lake Drive,    Valhalla, NY 10595-2322
14148289       +E-mail/Text: bankruptcy@cavps.com Dec 22 2016 02:10:34      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14144954       +E-mail/Text: creditonebknotifications@resurgent.com Dec 22 2016 02:09:42     Credit One,
                 P.O. Box 98872,    Las Vegas, NV 89193-8872
14219305        E-mail/Text: bankruptcy.bnc@ditech.com Dec 22 2016 02:09:47     Ditech Financial LLC,
                 PO BOX 6154,    Rapid City, SD 57709-6154
14144955       +E-mail/Text: bankruptcy.bnc@ditech.com Dec 22 2016 02:09:47     Ditech Mortgage,
                 P.O. Box 6172,    Rapid City, SD 57709-6172
14219184       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Dec 22 2016 02:10:57      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14214337        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 22 2016 02:02:42
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14154421        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 22 2016 02:10:03
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
14144960        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 22 2016 02:10:03      Pennsylvania Dept. of Revenue,
                 Bureau of Compliance,    Dept. 280946,    Harrisburg, PA 17128-0946
                                                                                              TOTAL: 10
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              The Bank of New York Mellon, Et Al...
cr*            +Municipality of Penn Hills,   c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
                                                                                 TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2016                                                                                                         Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2          User: amaz              Page 2 of 2            Date Rcvd: Dec 21, 2016
                              Form ID: pdf900         Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2016 at the address(es) listed below:

        James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, Et Al...
         bkgroup@kmllawgroup.com
        James R. Wood    on behalf of Creditor    Municipality of Penn Hills jwood@portnoffonline.com,
         jwood@ecf.inforuptcy.com
        Jeffrey S. Dunn    jefdun@gmail.com
        Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon, Et Al...
         bkgroup@kmllawgroup.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
         ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
         rive.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        Shawn N. Wright    on behalf of Debtor Michele L. Ruperto shawn@shawnwrightlaw.com,
         wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
                                                                                                                      TOTAL: 8