**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

MICHELE L. RUPERTO

Debtor(s)

Ronda J. Winnecour
  Movant
  vs.
No Repondents.

Case No.:15-24365 GLT

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/27/2015 and confirmed on 01/28/2016 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 3,500.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 3,500.00 |
| Administrative Fees | | |
|  Filing Fee | 0.00 | |
|  Notice Fee | 0.00 | |
|  Attorney Fee | 401.97 | |
|  Trustee Fee | 135.50 | |
|  Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 537.47 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|  BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 2,962.53 | 0.00 | 2,962.53 |
|   Acct: 5321 | | | | |
|  HSBC MORTGAGE SVCS (RE)* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|  BANK OF NEW YORK MELLON - TRUSTEE | 37,191.92 | 0.00 | 0.00 | 0.00 |
|   Acct: 5321 | | | | |
|  PA DEPARTMENT OF REVENUE* | 471.92 | 0.00 | 0.00 | 0.00 |
|   Acct: 6669 | | | | |
|  PENN HILLS SEWAGE(*) | 60.64 | 0.00 | 0.00 | 0.00 |
|   Acct: E344 | | | | |
|  PENN HILLS SEWAGE(*) | 60.50 | 0.00 | 0.00 | 0.00 |
|   Acct: E344 | | | | |
| | | | | 2,962.53 |
| Priority | | | | |
|  SHAWN N WRIGHT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|  MICHELE L. RUPERTO | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| 15-24365 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | |
|   LAW OFFICE OF SHAWN N WRIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHAWN N WRIGHT ESQ | 3,321.00 | 401.97 | 0.00 | 0.00 |
|     Acct: | | | | |
| | * * * N O N E * * * | | | |
| Unsecured | | | | |
|   DUQUESNE LIGHT COMPANY* | 2,531.52 | 0.00 | 0.00 | 0.00 |
|     Acct: 6669 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE(*) | 512.24 | 0.00 | 0.00 | 0.00 |
|     Acct: 8185 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 462.16 | 0.00 | 0.00 | 0.00 |
|     Acct: 6966 | | | | |
|   FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6669 | | | | |
|   PORANIA LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3123 | | | | |
|   JOSHUA I GOLDMAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | * * * N O N E * * * | | | |

TOTAL PAID TO CREDITORS                                           2,962.53

  TOTAL CLAIMED
  PRIORITY                    0.00
  SECURED             37,784.98
  UNSECURED         3.505.92

Date: 02/13/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com